IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to<br>Shea v. Syngenta AG, *et al.*<br><br>Case No. 3:21-pq-840-NJR | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

# JUDGMENT IN A CIVIL ACTION

**ROSENSTENGEL, Chief Judge:**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal dated February 12, 2022 (Doc. 11), this case was voluntarily **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED:   February 15, 2022

                                             MARGARET M. ROBERTIE,
                                             Clerk of Court

                                             By:   s/ Deana Brinkley
                                                     Deputy Clerk

**APPROVED:**   *s/ Nancy J. Rosenstengel*
                       NANCY J. ROSENSTENGEL
                       Chief U.S. District Judge